

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE S. KAMIN, | ) | |
| | ) | |
| Plaintiff, | ) | 16 CV 4668 |
| | ) | |
| v. | ) | Hon. Charles R. Norgle |
| | ) | |
| NEIMAN/MARCUS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff Leslie S. Kamin ("Plaintiff") filed an *in forma pauperis* application contemporaneously with filing a lawsuit *pro se* against Defendant Neiman/Marcus ("Defendant"). The Court denied her IFP application, Plaintiff filed an amended IFP application, and the second was denied with prejudice. Pursuant to this district's local rules, a plaintiff must pay the required filing fees within fifteen days upon receiving notification of the denial of an IFP application. See Local Rule 3.3(e). If the required fees are not paid, the case may be dismissed. Id. Since the final denial of her IFP application, Plaintiff has not paid the Court's filing fee. Accordingly, this case is dismissed for Plaintiff's failure to pay the required fees. Civil case terminated.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 16, 2016